CLERK'S OFFICE                           CO-932
UNITED STATES DISTRICT COURT        Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy  for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

———————

The plaintiff , defendant or counsel must  complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(es) below.]

| | | |
|---|---|---|
| ☐ | (a) | relates to common property |
| ☒ | (b) | involves common issues of fact  (See attachment) |
| ☐ | (c) | grows out of the same event or transaction |
| ☐ | (d) | involves the validity or infringement of the same patent |
| ☐ | (e) | is filed by the same pro se litigant |

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case:    ☐

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.    CAPTION AND CASE NUMBER OF RELATED CASE(ES).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**L.M.-M., et al.** _____ v. ___ **Kenneth T. Cuccinelli II, et al.** _____ C.A. No. **19-cv-2676**

**December 5, 2019** _____
DATE                     Signature of Plaintiff /Defendant (or counsel)

*Las Americas Immigrant Advocacy Center v. Chad Wolf, et al.*, No 1:19-cv-____ (D.D.C.)

Attachment to Related Case Sheet

Both *L.M.-M. v. Cuccinelli*, 1:19-cv-02676 (RDM), and this case challenge DHS's recent efforts to restrict access to counsel during the credible fear screening process for asylum seekers who are detained in DHS facilities. The cases both involve limitations on an asylum seeker's ability to contact, consult with, and receive assistance from attorneys as required by law prior to their credible fear interview and subsequent immigration judge review in expedited removal proceedings. Both require determinations as to the nature and scope of meaningful access to counsel in the credible fear process for asylum seekers in expedited removal proceedings. The two also involve overlapping legal and factual claims, including that DHS has violated 8 U.S.C. § 1225 and its implementing regulations. For both, the relief requested requires the implementation of new credible fear interviews in accordance with law, including adequate access to counsel. Our request to relate this case is not intended to consolidate the two cases or in any way delay the resolution of *L.M.-M.*, as we understand that dispositive motion briefing in that case is near completion.  Relating these cases would conserve the resources of the Court.