# EXHIBIT C

## DECLARATION OF B.G.R.

I, B.G.R., hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am from Ciudad Hidalgo, Michoacan. I am traveling with my husband and four children, ages 2, 5, 7, and 8. My husband has a small business selling shoes and clothing. I would stay at home and take care of the children.

3. My father owned a small ranch with horses and other animals. In July, 2019, he was on his way to his ranch when he was disappeared by cartel members. I never saw him again. I do not know why my father was disappeared.

4. Soon after my father disappeared, a man called me and asked for 500,000 Mexican pesos in exchange for my father. The man was a member of a drug cartel. I asked for proof that my father was alive but obtained no answer. I know the cartel members spoke with some of my family members a few times but we never received proof that my father was alive or dead.

5. On or about September 15, 2019, a cartel member called my husband and told him that because we owned a business, we had to pay the cartel 4,000 Mexican pesos a month in order to continue operating. They told my husband that if we did not pay that they would kill me and my family.

6. On or about September 20, 2019, cartel members called my husband again and they told him that we had to pay them or they would kill me and my children. They also told my husband that we should forget about my father, that my father was gone and would never come back. I believe these people belong to the same cartel that disappeared my father.

7. We believed the cartel's threats because they told my husband where my children went to school, where we lived, and what areas we would frequent. I had also seen strange men with guns following me around town.

8. After this call, we became very scared and decided to flee Mexico. We did not place a report with police because it is well known that the cartel controls the police. I have seen cartel members threaten someone, and then the police arrest those persons who were

threatened. Those persons are then either disappeared or murdered. If you go and complain to the police about the cartel you end up dead.

9. My family and I arrived in Juarez, Mexico on or about September 26, 2019. We went straight to the Cordova International Bridge in order to cross into the United States and request asylum. We were refused entry into the United States by CBP agents and placed on a list of Mexican asylum seekers. We lived in a tent encampment at the base of the bridge for almost two months.

10. On November 20, 2019, my family and I were allowed to cross into the United States to request asylum. We were brought into a CBP facility, where I was separated from my husband. I do not know why they separated us. My children and I were then placed in an expedited removal process called HARP. After being placed in a CBP facility, I was deported on November 20, 2019. My husband did not go through this process with us but I do not know why.

11. A few hours after being detained, two men entered the room and identified themselves as officers. They interrogated us for about fifteen minutes, asking us why we were asking for asylum. I explained how cartel members threatened to kill us and that they had even disappeared my father. The officers laughed at me and joked that my father was probably laying in his bed next to my mother and that we were lying, trying to cross into the United States to get work. Those same men asked us for evidence and I gave them the police report I had filed when my father had disappeared. They did not read those papers.

12. A few hours later that same day my children and I were brought to another room with computers, and a guard in a blue uniform asked us questions and input the answers into a computer. He asked us our names, where we were from, why we were fleeing, and any information about the people we were fleeing from. This questioning lasted about thirty minutes.

13. On the night of November 20, 2019, my children and I slept on the floor of that room on a mat with a thin blanket.

14. The next day, we were taken to another CBP facility, where there were large white tents. I did not see my husband, but my children and I were placed in a small cell inside the building. I heard another detainee ask a guard if these cells were the hieleras (Spanish for ice boxes), which the guard stated they were. My children and I slept on the floor of the hielera. We were not given a mat, only a thin blanket.

15. Later that same day, a guard in a green uniform came to the hielera and took me and my children to another room that had a desk with two chairs and a wireless phone. The guard told me this was the opportunity to call my family and tell me that I was being held in El Paso, Texas. The guard told me I had one hour to use the phone and gave me a thick packet that contained a list of names with phone numbers. The guard told me this was a list of attorneys that I could call. I tried dialing several of the attorney's telephone numbers but because no one answered my calls. I also tried calling members of my family but the calls did not seem to go through. After trying to make these calls for approximately 15 minutes I gave up and left the room. Even if someone had answered my call, I did not have a number that they could call to speak with me.

16. On or about November 22, 2019, guards took out everyone else from the hielera and gave me a wireless phone. There were two persons speaking on the phone, one in English the other in Spanish. They told me that this as an interview to determine if my fear was credible. They told me if I passed I could stay in the United States but if I failed I would be deported. The persons on the phone asked me a lot of questions, such as why I was fleeing Mexico, and what type of threats I had received.

17. I was not given an orientation or explained beforehand what the interview was about. I do not believe that I was prepared or understood the purpose of the interview. After approximately 2 hours, the persons on the phone told me I would receive my result in one or two days and then hung up.

18. By this time, my smallest child had developed a fever. He was taken to a doctor in the CBP facility. The doctor said there was nothing wrong with my child and refused to give him any medicine. Another of my children refused to eat while detained and even received some rotten food.

19. On or about November 23, a guard came into the room. The man was not in uniform and spoke English. He used his cell phone as a translator to speak with me. He told me that I had failed my interview and that I had failed to qualify to stay in the United States. He asked me if I wanted to appeal that decision, but, stated that if I did so my children and I would be held in detention until the resolution of my case. Because I was scared for my children's health, I told him I did not want to appeal the decision to an immigration judge. The man gave me some documents to sign that were in English; he did not give me a copy of those documents.

20. On or about November 24, my children and I were sent to the tent area of the facility. We were given a mat and a blanket and slept on the floor. I was not told by CBP agents what

would happen next. I asked guards for a phone to call family members but I was told that people could not make calls from that facility.

21. While I was detained I never spoke with a family member or an attorney.

22. On or about November 29, guards came into the tent area and started reading out names from list. My name was called out and we were told that we were going to be deported. I was taken to the Santa Fe Bridge and deported to Juarez, Mexico.

23. Since being deported my children and I are sleeping in the tent encampment at the base of the Cordova International Bridge. I do not know where to go or what to do, I am currently waiting for my husband to be deported so I can reunite with him.

24. I am afraid for the life of my family, especially my children, while we are in Mexico. I wish to continue my fight to obtain asylum in the United States.

25. Given that I have been persecuted in my country, I fear that if my identity and my status as an asylum applicant are released to the public, my life and possibly that of my family will be in danger. I wish that my identity not be publicly disclosed, and I wish to proceed with the use of a pseudonym or initials in any federal action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on _4, Dic / 2019_ , 2019 at _Joarez_ , _Chihuahua_ , Mexico.

B.G.R.
_____
Signature

B.G.R.
_____
Printed Name

## CERTIFICATION

I, _Bernardo Cruz_____, declare that I am fluent in the English and Spanish languages.

On _December 4_, 2019, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _Dec. 4_____, 2019 at _Juarez___, _Chihuahua___, Mexico.

_____
Signature

Bernardo Cruz
Printed Name