# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAD WOLF,<br>in his official capacity, Acting Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>　　　　　　　Defendants. | No. 1:19-cv-3640 (KBJ) |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

　　On December 20, 2019, Plaintiffs filed a Motion for a Preliminary Injunction. Counsel for Plaintiffs and counsel for Defendants met and conferred regarding modifying the briefing schedule due to the holidays and the press of other business. The parties have agreed to the following briefing schedule, subject to Court approval:

1. Defendants shall have 17 days to file their opposition to Plaintiffs' Motion for a Preliminary Injunction, and shall file their opposition on or before January 6, 2020.

2. Plaintiffs shall file have 10 days to their reply in support of their Motion for a Preliminary Injunction, and shall file their reply on or before January 16, 2020.

Dated: December 23, 2019                                    Respectfully submitted,

| | |
|---|---|
| */s/ Courtney E. Moran* | */s/ Arthur B Spitzer* |
| COURTNEY E. MORAN | Arthur B. Spitzer (D.C. Bar No. 235960) |
| Trial Attorney | Scott Michelman (D.C. Bar No. 1006945) |
| JOSEPH H. HUNT | American Civil Liberties Union Foundation |
| Assistant Attorney General |   of the District of Columbia |
| WILLIAM C. PEACHEY | 915 15th Street, NW - 2nd floor |
| Director | Washington, DC 20005-2302 |
| EREZ REUVENI | Tel. (202) 601-4266 |
| Assistant Director | aspitzer@acludc.org |
| United States Department of Justice | smichelman@acludc.org |
| Civil Division | |
| Office of Immigration Litigation | Andre Segura*, TX Bar No. 24107112 |
| District Court Section | Thomas Buser-Clancy*, TX Bar No. 24078344 |
| P.O. Box 868, Ben Franklin Station | Kathryn Huddleston*, AZ Bar No. 033622 |
| Washington, DC 20044 | ACLU Foundation of Texas, Inc. |
| Tel: (202) 514-4587 | 5225 Katy Freeway, Suite 350 |
| Fax: (202) 305-7000 | Houston, TX 77007 |
| Email: courtney.e.moran@usdoj.gov | Tel. (713) 942-8146 |
| *Attorneys for Defendants* | Fax: (713) 942-8966 |
| | asegura@aclutx.org |
| | tbuser-clancy@aclutx.org |
| | khuddleston@aclutx.org |
| | |
| | Bernardo Rafael Cruz*, TX Bar No. 24109774 |
| | Brantley Shaw Drake*, NY Bar No. 5407440 |
| | ACLU Foundation of Texas, Inc. |
| | 109 N. Oregon St., Suite 600 |
| | El Paso, TX 79901 |
| | Tel. (915) 533-8091 |
| | Fax: (915) 308-7188 |
| | brcruz@aclutx.org |
| | sdrake@aclutx.org |
| | |
| | Anand Balakrishnan,* CT Bar No. 430329 |
| | American Civil Liberties Union |
| | Foundation, Immigrants' Rights Project |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | Tel. (212) 549-2600 |
| | abalakrishnan@aclu.org |
| | |
| | *Attorneys for Plaintiffs* |
| | **Pro hac vice application pending* |