UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAS AMERICAS IMMIGRANT
ADVOCACY CENTER, *et al.*,

        Plaintiffs,

v.

CHAD WOLF,
in his official capacity, Acting Secretary of the
U.S. Department of Homeland Security, *et al.*,

        Defendants.

No. 1:19-cv-3640 (KBJ)

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's direction at the December 31, 2019 scheduling conference, the parties have conferred with respect to scheduling. The parties have reached agreement on a proposed schedule for production of the administrative record and for briefing. The proposed schedule that the parties agree to, subject to the Court's approval, is as follows:

1. Defendants shall produce the complete administrative record no later than January 17, 2020.

2. Plaintiffs shall file a motion for summary judgment no later than January 27, 2020.

3. Motions for leave to file amicus briefs and any amicus briefs in support of Plaintiffs shall be filed no later than January 30, 2020.

4. Defendants shall file their opposition and cross-motion for summary judgment no later than February 6, 2020.

5. Motions for leave to file amicus briefs and any amicus briefs in support of Defendants shall be filed no later than February 10, 2020.

1

6. Plaintiffs shall file an opposition and reply brief no later than February 13, 2020.

Dated: January 3, 2020                              Respectfully Submitted,

| | |
|---|---|
| */s/ Courtney E. Moran (by permission)* | */s/ Scott Michelman* |
| COURTNEY E. MORAN | Scott Michelman (D.C. Bar No. 1006945) |
| Trial Attorney | Arthur B. Spitzer (D.C. Bar No. 235960) |
| JOSEPH H. HUNT | American Civil Liberties Union Foundation |
| Assistant Attorney General | of the District of Columbia |
| WILLIAM C. PEACHEY | 915 15th Street, NW - 2nd floor |
| Director | Washington, DC 20005-2302 |
| EREZ REUVENI | Tel. (202) 601-4266 |
| Assistant Director | aspitzer@acludc.org |
| United States Department of Justice | smichelman@acludc.org |
| Civil Division | |
| Office of Immigration Litigation | Andre Segura,* TX Bar No. 24107112 |
| District Court Section | Thomas Buser-Clancy,* TX Bar No. 24078344 |
| P.O. Box 868, Ben Franklin Station | Kathryn Huddleston,* AZ Bar No. 033622 |
| Washington, DC 20044 | ACLU Foundation of Texas, Inc. |
| Tel: (202) 514-4587 | 5225 Katy Freeway, Suite 350 |
| Fax: (202) 305-7000 | Houston, TX 77007 |
| Email: courtney.e.moran@usdoj.gov | Tel. (713) 942-8146 |
| *Attorneys for Defendants* | Fax: (713) 942-8966 |
| | asegura@aclutx.org |
| | tbuser-clancy@aclutx.org |
| | khuddleston@aclutx.org |
| | |
| | Bernardo Rafael Cruz,* TX Bar No. 24109774 |
| | Brantley Shaw Drake,* NY Bar No. 5407440 |
| | ACLU Foundation of Texas, Inc. |
| | 109 N. Oregon St., Suite 600 |
| | El Paso, TX 79901 |
| | Tel. (915) 533-8091 |
| | Fax: (915) 308-7188 |
| | brcruz@aclutx.org |
| | sdrake@aclutx.org |
| | |
| | Anand Balakrishnan,* CT Bar No. 430329 |
| | American Civil Liberties Union |
| | Foundation, Immigrants' Rights Project |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | Tel. (212) 549-2600 |
| | abalakrishnan@aclu.org |
| | |
| | *Attorneys for Plaintiffs* |
| | * Pro hac vice |