UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, <br> in his official capacity, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | No. 1:19-cv-3640 (KBJ) |

## NOTICE

Plaintiffs wish to correct the record from the status conference on December 31, 2019, with regard to the current status of the Prompt Asylum Claim Review ("PACR") and Humanitarian Asylum Review Process ("HARP") programs. Plaintiffs indicated that the programs were in operation in a pilot phase in El Paso, Texas, and that at least 500 individuals had been subject to the programs—which was Plaintiffs' understanding at the time. However, a news article published a few hours after the status conference reported the expansion of the PACR program. Camilo Montoya-Galvez, *Program to Expedite Deportations of Asylum-Seekers at Border Expands*, CBS News, Dec. 31, 2019, *available at* https://www.cbsnews.com/news/immigration-program-expediting-deportations-of-asylum-seekers-at-border-expands/. The article reported that a Customs and Border Protection spokesperson confirmed that PACR is no longer considered a pilot program; that it is no longer limited to the El Paso area and has been expanded to the Rio Grande Valley in southern Texas;

and that more than 1,000 people have so far been subject to PACR.  Plaintiffs have no further information regarding the expansion of PACR and are uncertain as to whether HARP has similarly expanded.  Plaintiffs have requested further information on the status of the programs from Defendants.

Dated: January 3, 2020                                Respectfully submitted,

*/s/ Scott Michelman*

| | |
|---|---|
| Andre Segura,* TX Bar No. 24107112 | Scott Michelman (D.C. Bar No. 1006945) |
| Thomas Buser-Clancy,* TX Bar No. 24078344 | Arthur B. Spitzer (D.C. Bar No. 235960) |
| Kathryn Huddleston,* AZ Bar No. 033622 | American Civil Liberties Union Foundation of the District of Columbia |
| ACLU Foundation of Texas, Inc. | 915 15th Street, NW - 2nd floor |
| 5225 Katy Freeway, Suite 350 | Washington, DC 20005-2302 |
| Houston, TX 77007 | Tel. (202) 601-4266 |
| Tel. (713) 942-8146 | aspitzer@acludc.org |
| Fax: (713) 942-8966 | smichelman@acludc.org |
| asegura@aclutx.org | |
| tbuser-clancy@aclutx.org | |
| khuddleston@aclutx.org | |
| | |
| Anand Balakrishnan,* CT Bar No. 430329 | Bernardo Rafael Cruz,* TX Bar No. 24109774 |
| American Civil Liberties Union Foundation, Immigrants' Rights Project | Brantley Shaw Drake,* NY Bar No. 5407440 |
| | ACLU Foundation of Texas, Inc. |
| 125 Broad Street, 18th Floor | 109 N. Oregon St., Suite 600 |
| New York, NY 10004 | El Paso, TX 79901 |
| Tel. (212) 549-2600 | Tel. (915) 533-8091 |
| abalakrishnan@aclu.org | Fax: (915) 308-7188 |
| | brcruz@aclutx.org |
| | sdrake@aclutx.org |

*\*Pro hac vice*