# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Las Americas Immigrant Advocacy Center, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:19-cv-03640-KBJ |
| ) | |
| Chad F. Wolf, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF CERTIFIED ADMINISTRATIVE RECORD

Pursuant to the Court's order of January 7, 2020, Defendants notify the Court that today they served the Certified Administrative Record on Plaintiffs' counsel via email, per Plaintiffs' counsel's request. Defendants will also provide the Court with a copy of the record on a CD.

Dated: January 17, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

*/s/ Courtney E. Moran*
COURTNEY E. MORAN
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-4587
Email: courtney.e.moran@usdoj.gov

*Attorneys for Defendants*