# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Las Americas Immigrant Advocacy Center., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) )  Civil Action No. 1:19-cv-3640-KBJ |
| v. | ) ) ) |
| Chad Wolf, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

The government respectfully brings to the Court's attention the government's decision not to pursue appeal of the decision in *L.M.-M. v. Cuccinelli*, 442 F.Supp.3d 1 (D.D.C. 2020). *See* Joint Stipulation to Dismiss, *L.M.-M. v. Cuccinelli*, Case No. 20-5141 (D.C. Cir. Aug. 13, 2020). That decision is accordingly now final, and therefore any exception to mootness premised on the pendency of an appeal is no longer presented in this case. *See* ECF No. 63 at 9, Defendants' Memorandum Responding to the Court's April 23, 2020 Minute Order.

The *L.M.-M.* decision set aside USCIS's 24-hour consultation policy and the agency has reverted to the prior consultation period of at least 48 hours. *Id*. at 1. As the government previously explained, because the 24-hour consultation policy was a central part of the PACR and HARP programs Plaintiffs challenged in their complaint, it is impossible for this Court to assess the lawfulness of PACR and HARP as challenged in the complaint and presented to the Court in the government's administrative record. *Id*. at 4-9. At a minimum, the longer consultation period now in effect moots all Plaintiffs' claims that require assessing the legality of the 24-hour consultation policy as part of the determination of whether PACR and HARP are lawful. *Id*.

Dated: August 14, 2020						Respectfully submitted,

                                                ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By: /s/ *Brian C. Ward*
BRIAN C. WARD
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                By: */s/ Brian C. Ward*
                                                       BRIAN C. WARD
                                                       Senior Litigation Counsel
                                                       United States Department of Justice