UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, *in his official capacity as Acting Secretary of Homeland Security*, *et al.*, <br><br> Defendants. | No. 19-cv-3640 (KBJ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' motion for summary judgment (ECF No. 35) is **DENIED**, and Defendants' cross-motion for summary judgment (ECF No. 49) is **GRANTED**. It is

**FURTHER ORDERED** that Defendants' motion to strike evidence outside of the administrative record (ECF No. 51) is **GRANTED IN PART AND DENIED IN PART** for the reasons set forth in footnotes 8 and 16 of the Memorandum Opinion.

DATE: November 30, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge