UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, <br> in his official capacity, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | No. 1:19-cv-3640 (KBJ) |

## NOTICE OF APPEAL

All Plaintiffs—Plaintiffs Las Americas Immigrant Advocacy Center; A.R.R.D. and her minor child L.E.R.D.; A.S.C.R., K.M.V., and their minor child F.B.G.C.; and B.G.R. and her minor children D.M.F.G., B.C.F.G., J.M.F.G., and S.F.G.—hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's order of November 30, 2020, denying Plaintiffs' Motion for Summary Judgment, granting Defendants' Cross-Motion for Summary Judgment, and granting in part Defendants' Motion to Strike Evidence Outside the Administrative Record (Dkt. 77), in light of this Court's Memorandum Opinion (Dkt. 76).

Dated: December 30, 2020

Respectfully Submitted,

*/s/Andre Segura*

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
 of the District of Columbia
915 15th Street, NW - 2nd floor
Washington, DC 20005-2302
Tel. (202) 601-4266
aspitzer@acludc.org
smichelman@acludc.org

Andre Segura,* TX Bar No. 24107112
Thomas Buser-Clancy,* TX Bar No. 24078344
Kathryn Huddleston,* AZ Bar No. 033622
ACLU Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966
asegura@aclutx.org
tbuser-clancy@aclutx.org
khuddleston@aclutx.org

Bernardo Rafael Cruz,* TX Bar No. 24109774
Brantley Shaw Drake,* NY Bar No. 5407440
ACLU Foundation of Texas, Inc.
109 N. Oregon St., Suite 600
El Paso, TX 79901
Tel. (915) 533-8091
Fax: (915) 308-7188
brcruz@aclutx.org
sdrake@aclutx.org

Anand Balakrishnan,* CT Bar No. 430329
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
abalakrishnan@aclu.org

*Admitted p*ro hac vice*

## CERTIFICATE OF SERVICE

I certify that I filed this notice via the ECF system, which serves this notice on all counsel of record.

*/s/ Andre Segura*
Andre Segura