# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-5386**  September Term, 2020

1:19-cv-03640-KBJ

Filed On: January 8, 2021 [1879132]

Las Americas Immigrant Advocacy Center,
et al.,

       Appellants

      v.

Chad F. Wolf, in his official capacity, Acting
Secretary of the U.S. Department of
Homeland Security, et al.,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:   /s/
                              Laura M. Chipley
                              Deputy Clerk