UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Las Americas Immigrant Advocacy Center., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:19-cv-3640-KBJ |
| v. | ) ) | |
| Chad Wolf, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

The Court GRANTS Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Reconsideration. Defendants' deadline to respond to the motion is extended until November 15, 2021.

IT IS SO ORDERED.


DATED: _____        _____
                                   United States District Judge