**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| Las Americas Immigrant Advocacy | ) | |
| Center., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:19-cv-3640-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| Chad Wolf, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

On May 16, 2023, the Court stayed this case and ordered the Parties to file joint status reports every 60 days on the status of settlement negotiations until further order of the Court. *See* Minute Order (May 16, 2023). The deadlines in this case had previously been extended based on the agency's review of the programs at issue in this case and to allow the Parties to confer on how this case should proceed following the completion of that review. Those discussions remain ongoing. Accordingly, the Parties recommend that this case remain stayed to allow the Parties to continue to evaluate next steps and discuss whether some resolution of this case can be reached that would avoid the need for any further litigation.

Dated: March 18, 2024          Respectfully submitted,

                               BRIAN M. BOYNTON
                               Principal Deputy Assistant Attorney General

                               WILLIAM C. PEACHEY
                               Director

                               EREZ REUVENI
                               Assistant Director

                          By:  /s/ Brian C. Ward
                               BRIAN C. WARD
                               Senior Litigation Counsel
                               U.S. Department of Justice, Civil Division
                               Office of Immigration Litigation
                               District Court Section
                               P.O. Box 868, Ben Franklin Station
                               Washington, DC 20044
                               Tel: (202) 616-9121
                               Email: brian.c.ward@usdoj.gov

                               *Counsel for Defendants*

                               /s/ Anand Balakrishnan
                               Anand Balakrishnan
                               AMERICAN CIVIL LIBERTIES UNION
                               FOUNDATION
                               125 Broad St., 18th Floor
                               New York, NY 10004
                               T: (212) 549-2660
                               F: (212) 549-2654

                               *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2024, I electronically filed this status report with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Brian C. Ward*
     BRIAN C. WARD
     Senior Litigation Counsel
     United States Department of Justice